UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | No.  3:21-CR-088 |
| ) | |
| EUNICE BRADLEY                          ) | |

## MEMORANDUM AND ORDER

Now before the Court is the defendant's motion to continue her October 19, 2021 trial date. [Doc. 10]. Defense counsel states that a continuance of approximately 60 days is needed to fully review discovery and to advise the defendant regarding the best disposition of this case. According to the motion, the United States does not oppose the requested relief.

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the Court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 10] is **GRANTED**. The trial of this criminal case is **CONTINUED** from October 19, 2021, to **Tuesday, December 14, 2021, at 9:00 a.m.**

in Knoxville.  The new plea cutoff date is November 12, 2021.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge