UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:21-CR-088 |
| ) | |
| EUNICE BRADLEY ) | |

## **MEMORANDUM AND ORDER**

Now before the Court is the defendant's motion to continue her April 26, 2022, trial. [Doc. 19]. Defense counsel states that another continuance of approximately 60 days is needed to complete his investigation into the facts of this case and to fully advise the defendant. According to the motion, the United States does not oppose the requested relief.

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the Court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 19] is **GRANTED**. The trial of this criminal case is **CONTINUED** from April 26, 2022, to **Tuesday, June 21, 2022, at 9:00 a.m.** in Knoxville. The new plea cutoff date is May 16, 2022.

    **IT IS SO ORDERED.**

ENTER:

                        s/ Leon Jordan
                      United States District Judge